1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW D. McIALWAIN; and CHRISTINE M. McIALWAIN, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company; BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTYWIDE HOME LOANS SERVICING LP, a National Banking Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a U.S. Government Sponsored Enterprise; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; and DOE DEFENDANTS 1-10, <br><br> Defendants. | No.  3:13-cv-06096 <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENTS** |

Pursuant to Fed. R. Civ. P. 7.1 the following Defendants hereby declare:

Defendant **Federal National Mortgage Association** is a government sponsored

enterprise and is publicly traded.

DEFENDANTS' CORPORATE DISCLOSURE
STATEMENTS
Page 1 of 3

RCO
LEGAL, P.C.

511 SW 10th Ave., Ste. 400
Portland, OR 97205
Phone: 503.977.7840
Fax:     503.977.7963

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant **Mortgage Electronic Registration Systems, Inc.** is a privately-held Delaware corporate.  Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is a privately-held Delaware corporation.  MERSCORP Holdings, Inc. has no parent corporation.

Defendant **Northwest Trustee Services, Inc.** has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Upon information and belief, Defendant **Green Tree Servicing, LLC** is a limited liability company wholly owned by Walter Investment Management Corp., a publicly traded company.

Defendants will amend/supplement this information if appropriate after further investigation.

Dated this 31st day of December, 2013.

RCO Legal, P.S.

By:   /s/  John M. Thomas
John M. Thomas, WSBA #42447
Of Attorneys for Defendants Green
Tree, Fannie Mae, MERS, & NWTS
511 SW 10th Ave., Ste. 400
Portland, Oregon 97205
Phone: (503) 517-7180
Fax: (425) 457-7369

RCO
LEGAL, P.C.

511 SW 10th Ave., Ste. 400
Portland, OR 97205
Phone: 503.977.7840
Fax:     503.977.7963

CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085,  I certify that on the date indicated below, I caused the

foregoing document to be filed with the Clerk of the Court via the CM/ECF system and

deposited true copies in to a U.S. Mail box first class postage pre-paid of the forgoing

documents to the parties below on this 31st day of December, 2013:


Richard Llewelyn Jones
Kovac & Jones PLLC
2050 112th Avenue N.E., Suite 230
Bellevue, WA 98004
         Attorney for Plaintiffs

Jody M. McCormick
Steven J. Dixson
Witherspoon Kelley
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201Of
         Attorneys for Defendant Bank of America


I declare under penalty of perjury under the laws of the United States that the

forgoing is true and correct to the best of my knowledge.

Executed at Portland, Oregon on December 31, 2013.

**RCO Legal, P.S.**


By:  /s/  John M. Thomas
        John M. Thomas, WSBA #42447
        Of Attorneys for Defendants Green
        Tree, Fannie Mae, MERS, & NWTS
        511 SW 10th Ave., Ste. 400
        Portland, Oregon 97205
        (503) 517-7180; Fax: (425) 457-7369
        E-Mail: jthomas@rcolegal.com

RCO
LEGAL, P.C.

511 SW 10th Ave., Ste. 400
Portland, OR 97205
Phone: 503.977.7840
Fax:     503.977.7963