UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW D. McIALWAIN and CHRISTINE M. McIALWAIN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC a Delaware Limited Liability Company; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, A National Banking Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a U.S. Government Sponsored Enterprise; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; and DOE DEFENDANTS; 1-10,<br><br>Defendants. | Case No. 3:13-cv-06096<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (BANA) makes the following disclosure pursuant to Federal Rules of Civil Procedure 7.1:

CORPORATE DISCLOSURE STATEMENT - 1
Case No. 3:13-cv-06096
{S0853605; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

BANA is a wholly-owned subsidiary of BANA Holding Corp., which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corp., which is a wholly-owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly-traded corporation on the New York Stock Exchange. Bank of America Corporation does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 7th day of January, 2014.

WITHERSPOON KELLEY

*s/Jody M. McCormick*
Jody M. McCormick, WSBA 26351
Steven J. Dixson, WSBA No. 38101
WITHERSPOON KELLEY
422 West Riverside Ave, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265
Email:   jmm@witherspoonkelley.com
             sjd@witherspoonkelley.com
*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing L.P. f/k/a/ Countrywide Home Loans Servicing L.P.*

CORPORATE DISCLOSURE STATEMENT - 2
Case No. 3:13-cv-06096
{S0853605; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2014,

1.  I caused to be electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **Richard Llewelyn Jones**
  rlj@richardjoneslaw.com, susan@richardjoneslaw.com

- **John M Thomas**
  jthomas@rcolegal.com, bcasey@rcolegal.com, rfreedman@rcolegal.com, dcraig@rcolegal.com

2.  I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed below:  **None.**

3.  I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below:  **None.**

4.  I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

    *s/Jody M. McCormick*
Jody M. McCormick WSBA # 26351
Steven J. Dixson, WSBA # 38101
WITHERSPOON · KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2717
jmm@witherspoonkelley.com
sjd@witherspoonkelley.com

CORPORATE DISCLOSURE STATEMENT - 3
Case No. 3:13-cv-06096
{S0853605; 1 }

**WITHERSPOON · KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.**624.5265**
Spokane, Washington 99201-0300    Fax: 509.**458.2728**